MARYLAND CASUALTY COMPANY, PLAINTIFF-RESPOND-
ENT, v. VILLAGE OF RIDGEWOOD, *ET AL.*, DEFEND-
ANTS-PETITIONERS.

See same case below: 76 *N. J. Super.* 475.

*Mr. Walter H. Jones* and *Mr. Frederick L. Bernstein* for
the petitioners.

*Mr. Edward E. Kuebler* for the respondent.

January 28, 1963.   Denied.

JOSEPHINE AVILES, PETITIONER-PETITIONER, v. JACK-
FIN SPORTSWEAR CO., RESPONDENT-RESPONDENT.

*Mr. Joseph P. Piscopo* for the petitioner.

*Mr. Isidor Kalisch* for the respondent.

January 28, 1963.   Denied.